IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MENDELSOHN, DRUCKER & ASSOCIATES | : | CIVIL ACTION |
| v. | : | |
| TITAN ATLAS MANUFACTURING, INC., et al. | : | NO. 12-453 |

### ORDER RE: DEFENDANTS' MOTION TO DISMISS

AND NOW, this 2nd day of August, 2012, upon careful consideration of Defendants' Motion to Dismiss (ECF No. 21), the responsive briefs and attachments, the arguments presented at the hearing on July 26, 2012, and for the reasons in the accompanying Memorandum Re: Defendants' Motion to Dismiss, it is hereby ORDERED that Defendants' Motion is DENIED.

BY THE COURT:

/s/ Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL 12\12-453 Mendelsohn v Titan\Order Re Mendelsohn MTD.wpd