## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MENDELSOHN, DRUCKER, & ASSOCIATES, P.C. | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| TITAN ATLAS MANUFACTURING, INC., | : | NO. 12-0453 |
| | : | |
| and | : | |
| | : | |
| JEREMY BLACKBURN, | : | |
| | : | |
| Defendants | : | |

## ORDER RE: TITAN'S MOTION TO VACATE DEFAULT JUDGMENT

AND NOW, this 2nd day of May, 2013, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that Defendant Titan's Motion to Vacate the Default Judgment (ECF No. 77) is DENIED.  It is further ORDERED that Plaintiff's Motion to Seal Hearing Exhibits P1, P2, P4, P5, P8, and P12 (ECF No. 61) is DENIED as moot because these exhibits remain in the Court's chambers and were never made part of the docket in this case.

BY THE COURT:

/s/ Michael M. Baylson

_____

Michael M. Baylson, U.S.D.J.

O:\CIVIL 12\12-453 Mendelsohn v Titan\order_mtv.docx